UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAMONT MCCLURE,

        Petitioner,        Case No. 07-13492
                                   HON. JOHN CORBETT O'MEARA

v.

JAN TROMBLEY,

        Respondent,
_____/

ORDER ADOPTING REPORT AND RECOMMENDATION

Before the court is Magistrate Judge Virginia M. Morgan's May 27, 2011 Report and Recommendation to deny Petitioner's amended petition for a writ of habeas corpus. Petitioner filed objections to the report and recommendation on June 10, 2011.

This Court "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made. 28 U.S.C. § 636(b)(1)(C). The Court "may accept, reject or modify, in whole or in part, the findings or recommendations made by the magistrate." Id.

Having reviewed the record, it is hereby ORDERED that the report and recommendation is ADOPTED as the findings and conclusions of this court, and Petitioner's amended petition for a writ of habeas corpus is DENIED.

It is further ORDERED that a certificate of appealability is DENIED, and Petitioner's motion for an evidentiary hearing is DENIED.

                                        s/John Corbett O'Meara
                                        United States District Judge

Date: August 19, 2011

      I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, August 19, 2011, using the ECF system and upon Lamont McClure at Gus Harrison Correctional Facility, 2727 E. Beecher Street, Adrian, Michigan 49221 by first-class U.S. mail

                                                                         s/William Barkholz
                                                                         Case Manager