UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAMONT MCCLURE,

    Petitioner,

v.

    Case No. 07-13492

    Hon. John Corbett O'Meara

JAN TROMBLEY,

    Respondent.

_____/

### ORDER DENYING MOTION FOR RECONSIDERATION

Before the court is Petitioner's motion for reconsideration. The court dismissed Petitioner's habeas petition upon the recommendation of Magistrate Judge Virginia Morgan on August 19, 2011. On September 9, 2011, Petitioner requested an extension of time to file a motion for reconsideration, and filed his motion on October 5, 2011.

Pursuant to LR 7.1(h)(2), the court did not require a response or conduct a hearing. The standard for granting a motion for reconsideration is as follows:

> Generally, and without restricting the court's discretion, the court will not grant motions for rehearing or reconsideration which merely present the same issues ruled upon by the court, either expressly or by reasonable implication. The movant shall not only demonstrate a palpable defect by which the court and the parties have been misled but also show that correcting the defect will result in a different disposition of the case.

LR 7.1(h)(3).

Having filed a motion for reconsideration that presents the same issues ruled upon by the court, and thoroughly addressed by the magistrate judge, Petitioner has failed to demonstrate a

palpable defect by which the court and the parties have been misled.  Accordingly, IT IS

HEREBY ORDERED that Petitioner's October 5, 2011 motion for reconsideration is DENIED.


                                                                       s/John Corbett O'Meara
                                                                       United States District Judge

Date:  October 20, 2011


      I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, October 20, 2011, using the ECF system and/or ordinary mail.

                                                                         s/William Barkholz
                                                                       Case Manager